# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                    6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**                 GREENBELT, MARYLAND     20770
                                                           301-344-0052

# M E M O R A N D U M

TO:          Counsel of Record

FROM:        Judge Roger W. Titus

RE:          *Infection Control Consultation Services, Inc. v. SmithKline Beacham Corp., d/b/a
             GlaxoSmithKline, et al.*
             Civil Action No. RWT-09-0059

DATE:        March 23, 2010

\* \* \* \* \* \* \* \* \*

        Please be advised that the hearing previously scheduled for Monday, June 21, 2010, at
9:00 a.m. on Defendant GlaxoSmithKline LLC, formerly known as SmithKline Beacham
Corporation's Motion for Summary Judgment [Paper No. 51] is **RESCHEDULED** for **Monday,
June 28, 2010 at 1:00 p.m**.   The parties will be allotted one and a half (1.5) hours for total
argument.

        Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the
Clerk is directed to docket it accordingly.


                                   _____/s/_____
                                             Roger W. Titus
                                       United States District Judge